UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 06, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAGE RENEE JACOBS,

    Defendant.

Case No. 2:25-mj-00087-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SAGE RENEE JACOBS, Case No. 2:25-mj-00087-JDP, Charge 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), (b)(1)(C), from custody for the following reasons:

    **X**  Release on Pretrial Services supervision and conditions.

    \_\_\_  Bail Posted in the Sum of $ _____

    \_\_\_  Unsecured Appearance Bond $ _____

    \_\_\_  Appearance Bond with 10% Deposit

    \_\_\_  Appearance Bond with Surety

    **X**  (Other): The defendant is ordered released on 6/9/2025 at 9:00 a.m. to the custody of CJA counsel, Ms. Linda Harter, for transport to the Westcare residential treatment program. The Court authorizes the transport by Ms. Harter and the reimbursement of those associated costs through CJA funds.

Sacramento County Jail is further ORDERED to release the defendant with a **X** 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 6, 2025 at 10:13 a.m.

By: _/s/ Jeremy D. Peterson_

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE